IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr225-WHA |
| | ) | WO |
| RECCO COBB | ) | |

### ORDER ON MOTION

This cause is currently pending before the court on a Motion to Continue filed by the defendant, Recco Cobb, on March 15, 2006. The motion seeks a continuance of the trial currently set for March 27, 2006.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Warren, 772 F.2d 827, 838 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). See United States v. Vasser, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The court concludes upon the pleadings and its knowledge of this case that the ends of justice

will be served by continuing this case. Defendant has requested additional time to complete his assistance to the government and to conclude plea negotiations.

Accordingly, it is hereby ORDERED that the Motion to Continue filed by defendant Recco Cobb, be GRANTED. This case is reset on the trial term commencing June 26, 2006. A pretrial conference is scheduled for 3:00 p.m. on June 2, 2006.

DONE, this 15th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE